## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR187** |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| **ARMANDO CHAVIRA-ALVAREZ,** | ) | |
| Defendant. | ) | |

This matter is before the Court on the government's motion to dismiss (Filing No. 19). Pursuant to Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of the Indictment against the Defendant, Armando Chavira-Alvarez.

IT IS ORDERED that the government's motion to dismiss (Filing No. 19) is granted.

DATED this 3rd day of August, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge